**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SEAN WELLS and UNITED PHYSICAL
THERAPY ASSOCIATION,

        Plaintiffs,

v.                            Case No.: 3:25-cv-919-WWB-MCR

ROBERT F. KENNEDY,

        Defendant.

_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the record.  Plaintiffs filed a Return of Service (Doc. 12) as to Defendant noting that Defendant was served on August 25, 2025.  Defendant has not, thus far, appeared in this case or filed a responsive pleading within the time required by Federal Rule of Civil Procedure 12(a).

Pursuant to Local Rule 1.10(b) of the Middle District of Florida, "a party entitled to a default must apply for the default" "[w]ithin twenty-eight days after a party's failure to plead or otherwise defend[.]"  Plaintiffs have failed to move for the entry of a Clerk's default against Defendant and the time to do so has now passed.

Accordingly, it is **ORDERED** that on or before **December 16, 2025**, Plaintiffs shall show cause why this case should not be dismissed for failure to comply with the Local Rules.  Failure to timely respond may result in dismissal of this action without further notice.

**DONE AND ORDERED** in Jacksonville, Florida on December 9, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record