# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

SEAN WELLS and UNITED
PHYSICAL THERAPY
ASSOCIATION,

                Plaintiffs,

v.

ROBERT F. KENNEDY, in his official
capacity as Secretary of HEALTH
AND HUMAN SERVICES,

                Defendant.

Civil Action No. 3:25-cv-00919-WWB-MCR

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiffs, SEAN WELLS and UNITED PHYSICAL THERAPY ASSOCIATION, by and through undersigned counsel, hereby respond to the Court's December 9, 2025 Order to Show Cause (Doc. 13), and state as follows:

1. On August 25, 2025, Plaintiffs effectuated service upon Defendant, a federal officer sued in his official capacity. (Doc. 12).

2. Defendant's deadline to respond fell during the recent federal government shutdown that lasted approximately 43 days between October 1 and November 12.

3. During the shutdown, numerous federal agencies – including those responsible for defense of civil actions – were totally inoperable or materially limited in their ability to appear and respond.

4. Plaintiffs' counsel maintains multiple active matters against federal defendants in other districts. In nearly all of those cases, response deadlines were expressly extended by Court order due to the shutdown.

5. As a result of these extensions across related matters, and the general inability of federal defendants to appear during the shutdown, Plaintiffs' counsel believed that Defendant's response deadline in this case would likewise be tolled or extended following the reopening of the government.

6. Plaintiffs refrained from moving for Clerk's default during the shutdown period because seeking default while Defendant was legally and practically unable to respond would have been inequitable and inconsistent with the duty of good-faith litigation conduct.

7. Plaintiffs further believed that any default obtained under those circumstances would be highly unlikely to survive challenge under Rule 55(c) or Rule 60(b),

1

resulting only in unnecessary motion practice and judicial inefficiency. Plaintiffs also believed that Defendants would appear once the government reopened, but they have not.

8. Plaintiffs therefore respectfully submit that good cause exists for the failure to apply for Clerk's default within the twenty-eight (28) day window contemplated by Local Rule 1.10(b).

9. Because no Defendant has made an appearance, Plaintiffs' counsel do not have contact information for Defendants' counsel. However, Plaintiffs' counsel have reached out via email to Department of Justice attorneys with whom they are litigating other cases to inquire about the status of an appearance or response in this case.

10. In the interest of resolving this matter on its merits rather than a dismissal without prejudice, which will only result in the refiling of this case, and given that dismissal is discretionary under the local rule, Plaintiffs respectfully request that the Court:

a. Decline to dismiss this action; and

b. Extend Defendant's response deadline by forty-three (43) days from the official conclusion of the federal government shutdown to account for the total time of the shutdown. The new response deadline would be December 26, 2025. If Defendants do not respond by that date, default would be warranted and Plaintiffs can file for default at that time.

11. This extension would fairly resolve Plaintiffs' failure to file an earlier motion for default judgment without prejudice to either party.

WHEREFORE, Plaintiffs respectfully request that this Court discharge the Order to Show Cause, permit this action to proceed on the merits, and grant the requested extension of Defendant's response deadline.

Dated: December 9, 2025.          Respectfully submitted,

  /s/ Joshua Polk
JOSHUA POLK*
Cal. Bar No. 329205
ANASTASIA P. BODEN*
Cal. Bar No. 281911
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Tel: (916) 419-7111

JPolk@pacificlegal.org
ABoden@pacificlegal.org

*Special Admission*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2025, I filed the foregoing with the Court via

CM/ECF.

A copy of the same has been mailed to the following;

Robert F. Kennedy
U.S. Department of Health and Human Services
200 Independence Ave SW
Washington, DC 20201


  /s/ Joshua Polk
JOSHUA POLK*