# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SEAN WELLS and UNITED PHYSICAL THERAPY ASSOCIATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, in his official capacity as Secretary of Health and Human Services,<br><br>*Defendant*. | No. 3:25-cv-00919-WWB-MCR |

## CORRECTED JOINT MOTION FOR EXTENSION OF TIME TO FILE CASE-MANAGEMENT REPORT

Plaintiff Sean Wells, Plaintiff United Physical Therapy Association (UPTA), and Defendant Secretary Robert Kennedy, Jr.—together, "the Parties"—hereby jointly move the Court for an extension of time in which to file their joint case-management report (JCMR). The Parties' JCMR was due February 23, 2026. The Parties jointly ask that the Court extend that deadline, *nunc pro tunc*, until 10 days after the Court has resolved Defendant's pending motion to dismiss. Doing so would conserve the resources of the Parties and the Court.

In support of the motion, the Parties state as follows:

1. Plaintiffs filed their Complaint on August 12, 2025, ECF #1, and served Defendant with the Complaint on December 15, 2025, *see* ECF #16-1. Accordingly, the Parties' JCMR was due February 23, 2026. *See* L.R. 3.02(a)(2), (b)(3).

2. Currently pending before the Court is Defendant's motion to dismiss Plaintiffs' Complaint, in its entirety, for failure to state a claim upon which relief may be granted. ECF #26. Plaintiffs' opposition to that motion is currently due March 23, 2026. ECF #30.

3. The Parties jointly ask that the Court extend their deadline, *nunc pro tunc*, by which to file the JCMR until after the Court resolves Defendant's motion to dismiss. Doing so would conserve the resources of the Parties and the Court, because the resolution of the pending motion to dismiss will clarify the contours of what discovery, if any, is necessary, and may obviate the need for discovery altogether.

4. For the reasons described above, good cause exists for the requested extension of time.

5. Accordingly, the Parties respectfully request an extension of the deadline by which to file their JCMR until 10 days after the Court resolves the pending motion to dismiss, and ask that the Court enter an order to that effect.

6. The Parties have not previously sought an extension of time in which to file their JCMR.

**MEMORANDUM**

This Court has "broad discretion over the management of pre-trial activities, including discovery and scheduling." *Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001); *see also Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) ("we stress the broad discretion district courts have in

managing their cases."). And pursuant to Federal Rule of Civil Procedure 6(b)(1), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time" for the completion of that act. Here, the Parties jointly seek, *nunc pro tunc*, to extend their deadline by which to submit their JCMR. And as described in the statement preceding this memorandum, good cause exists for the requested extension because it will conserve the resources of both the Parties and the Court: the resolution of Defendant's pending motion to dismiss will clarify the contours of what discovery, if any, is necessary, and may obviate the need for discovery (and therefore the JCMR) altogether.

Accordingly, the Court should grant the Parties' proposed extension of time.

MARCH 11, 2026

*Respectfully submitted,*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director
Federal Programs Branch

*/s/ Cesar Azrak*
CESAR AZRAK
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0693
Email: cesar.e.azrak@usdoj.gov

*Counsel for Defendant*

3

*/s/ Joshua Polk*
JOSHUA POLK*
Cal. Bar No. 329205
ANASTASIA P. BODEN*
Cal. Bar No. 281911
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Tel: (916) 419-7111
JPolk@pacificlegal.org
ABoden@pacificlegal.org

GLENN E. ROPER*
Co. Bar No. 38723
PACIFIC LEGAL FOUNDATION
1745 Shea Center Drive
Suite 400
Highlands Ranch, Colorado 80129
Tel: (916) 503-9045
GERoper@pacificlegal.org

*Counsel for Plaintiffs*
* Special Admission

4