**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SEAN WELLS and UNITED PHYSICAL
THERAPY ASSOCIATION,

       Plaintiffs,

v.                                   Case No.: 3:25-cv-919-WWB-MCR

ROBERT F. KENNEDY,

       Defendant.

_____/

## ORDER

THIS CAUSE is before the Court on *sua sponte* review.  On August 15, 2025, the parties were notified of their obligation to comply with Local Rule 3.02(a)(2), requiring the filing of a case management report within seventy days after service on the United States attorney.  (Doc. 9).  The parties were also cautioned that failure to comply with any local rule or orders of this Court could result in dismissal of this case without further notice.  (Doc. 8).  Plaintiffs effectuated service on the United States Attorney on December 16, 2025, and no case management report has been filed.  (Doc. 20 at 2; Doc. 21).

Therefore, it is **ORDERED** that on or before **April 1, 2026**, the parties shall file the joint Case Management Report.  Failure to timely comply with this Order may result in a dismissal of this action without further notice.

**DONE AND ORDERED** in Jacksonville, Florida on March 18, 2026.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record