UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SEAN WELLS AND UNITED PHYSICAL
THERAPY ASSOCIATION,

   Plaintiffs,

 v.           Case No.:  3:25-cv-00919-WWB-MCR

ROBERT F. KENNEDY,

   Defendant,

_____/

## ORDER

   THIS CAUSE is before the Court on the Case Management Report filed by the parties (Doc. 36).  The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer, and then advise the Court, on the selection of a mediator, on or before **May 6, 2026**.

   **DONE** and **ORDERED** in Jacksonville, Florida on April 6, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

Page **1** of **1**