**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

|  |  |
|---|---|
| SEAN WELLS and UNITED PHYSICAL THERAPY ASSOCIATION,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>ROBERT F. KENNEDY, in his official capacity as Secretary of Health and Human Services,<br><br>*Defendant*. | No. 3:25-cv-00919-WWB-MCR |

**MOTION FOR LEAVE TO WITHDRAW**

I, Cesar Azrak, hereby seek leave of Court to withdraw as counsel of record in the above-captioned matter, due to my change of employment and departure from the Department of Justice. I have provided notice of my departure to Defendant, who will continue to be represented in this matter by Lindsey Gilman.

JULY 21, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director
Federal Programs Branch

/s/ Cesar Azrak
CESAR AZRAK
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0693
Email: cesar.e.azrak@usdoj.gov

*Counsel for Defendant*