**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

|  |  |
|---|---|
| SEAN WELLS and UNITED PHYSICAL THERAPY ASSOCIATION,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services,<br><br>*Defendant*. | No. 3:25-cv-00919-WWB-MCR |

## MOTION TO WITHDRAW

Pursuant to Local Rule 2.02, Cesar Azrak hereby moves to withdraw as counsel for defendant in this case, on the ground that he is no longer employed by the U.S. Department of Justice. The defendant certifies that it consents to this request. Trial Attorney Lindsey E. Gilman has filed a notice of appearance and will assume responsibility as lead counsel for defendant, effective immediately.

### Local Rule 3.01(g) Certificate

Counsel for the plaintiffs have been consulted about this motion by email.  The plaintiffs consent to the relief sought.

### AI Certification

No generative AI was used in the drafting and preparation of this filing.

*/s/ Cesar Azrak*
CESAR AZRAK

## CERTIFICATE OF SERVICE

I certify that on July 28, 2026, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send an electronic notice of filing on the following designated counsel of record for Plaintiffs.

**Joshua Polk**
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
(916) 419-7111
jpolk@pacificlegal.org

**Anastasia P. Boden**
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
(916) 419-7111
aboden@pacificlegal.org

**Glenn Evans Roper**
Pacific Legal Foundation
1745 Shea Center Drive, Suite 400
Highlands Ranch, CO 80129
(916) 419-7111
geroper@pacificlegal.org

*s/ Cesar Azrak*
CESAR AZRAK

2